[No. 126-40926-1.    Division One.    March 30, 1970.]
Panel 2

BARBARA MELZER, *Respondent,* v. W. ROBERT MELZER, *Appellant.*

*W. Robert Melzer,* pro se.

*Beresford & Booth* and *C. W. Beresford,* for respondent.

PER CURIAM.—This is an appeal from an order granting a motion for summary judgment in favor of the plaintiff. The defendant, appearing pro se, has appealed. His assignments

208

of error fail to set out any grounds of law or fact upon which error may be said to have been committed in the trial court. We have examined the arguments made by defendant and note they are more properly addressed to the legislature than the courts.

The judgment of the trial court is affirmed.